| | |
|---|---|
| 1 | QUIN DENVIR, Bar #049374<br>Federal Defender |
| 2 | MARC C. AMENT, Bar #59080<br>Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| 5 | Telephone: 559/487-5561 |

**FILED**

FEB 1 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

UNITED STATES OF AMERICA,  )
                           )
            Petitioner,    )   **APPLICATION AND ORDER**
                           )   **APPOINTING COUNSEL**
     v.                    )
                           )   1:06 CR-00008-LJO
LISA T. SATTERFIELD,       )
                           )
            Respondent.    )
_____)

The defendant, Lisa T. Satterfield, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel.

The defendant submits the attached financial affidavit as evidence of her inability to obtain counsel. Also included is a copy of letter from the United States Attorney indicating that Ms. Satterfield is under investigation by the Social Security Administration, Office of the Inspector General for allegedly engaging in, among other offenses, Theft of Government Property, in violation of 18 U.S.C. § 641.

Dated: July 8, 2005

MARC C. AMENT
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: July 11, 2005

DENNIS L. BECK
Chief United States Magistrate Judge